**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-25411-JB**

NINGBO DIANAI PLASTIC CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,"

Defendants.
_______________________________________/

**ORDER SETTING PRELIMINARY INJUNCTION HEARING**

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Entry of a Preliminary Injunction, Including a Continued Asset Restraint, (the "Motion") against Defendants, the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations (the "Defendants") identified on Schedule "A" to the Complaint, ECF No. [21]. In the Motion, Plaintiff requests that the Temporary Restraining Order ("TRO") previously entered against Defendants, ECF No. [19], be converted to a Preliminary Injunction.

Accordingly, is it hereby **ORDERED AND ADJUDGED** as follows:

1. A Zoom hearing is set before this Court on **Friday, September 11, 2026, at 2:00 p.m.**, at which time Defendants and/or any other affected persons may

challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. The ZoomGov connection information is as follows: https://www.zoomgov.com; Meeting ID: 161 976 9803; Passcode: 032949; Dial by your location +1 833-568-8864.

2. After Plaintiff's counsel has received confirmation from the financial institution regarding the funds restrained as directed herein, Plaintiff shall serve copies of the Complaint, the TRO, this Order and Plaintiff's Motion for Preliminary Injunction on each Defendant by e-mail and/or online contact form or other means of electronic contact provided on the e-commerce stores operating under the respective E-commerce Store Names, or by providing a copy of the TRO and this Order by e-mail to the registrar of record for each of the E-commerce Store Names so that they, in turn, notify each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court.

3. **Plaintiff shall, by no later than forty-eight hours prior to the Preliminary Injunction hearing set herein, provide a notice of funds restrained in accordance with this Court's TRO.**

4. Plaintiff shall post copies of the Complaint, the Motion, this Order, as well as all other documents filed in this action on Plaintiff's designated serving notice website and shall provide the address to the website to Defendants via e-mail/online contact form, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of

the documents on file in this matter to Defendants by regularly updating Plaintiff's designated serving notice website, or by other means reasonably calculated to give notice which is permitted by the Court.

5. Unless stated otherwise herein, Defendants **shall have three business days** to comply with this Order following notice.

6. Any response or opposition to Plaintiff's Motion for Preliminary Injunction, ECF No. [21], must be filed and served on Plaintiff's counsel by no later than **forty-eight hours** prior to the preliminary injunction hearing set herein.

7. Plaintiff shall file any reply memorandum on or before **twenty-four hours** prior to the preliminary injunction hearing set herein.

8. The above dates may be revised upon stipulation by all parties and approval of this Court.

9. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to Section 1116(d) of Title 15, United States Code, Section 502 of Title 17, United States Code, Section 382 of Title 35, United States Code, Federal Rule of Civil Procedure 65, The All Writs Act, Section 1651(a) of Title 28, United States Code, and this Court's inherent authority.

**DONE AND ORDERED** in Miami, Florida this 4th day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**