**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-25411-JB

| | |
|---|---|
| NINGBO DIANAI PLASTIC CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS, AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A" | ) |
| HERETO, | ) |
| | ) |
| Defendants. | ) |

---

**PLAINTIFF'S MOTION TO CONTINUE**
**PRELIMINARY INJUNCTION HEARING**

Plaintiff Ningbo Dianai Plastic Co., Ltd. ("Plaintiff"), by and through undersigned counsel, respectfully moves to continue the preliminary injunction hearing presently set for **September 11, 2026 at 2:00 p.m.**, and in support states:

1. Undersigned counsel is lead trial counsel for Plaintiff and is the attorney responsible for presenting Plaintiff's argument and evidence at the hearing on Plaintiff's motion for preliminary injunction.

2. Counsel is attending the annual conference for the American Orthotic & Prosthetic Association in Las Vegas, Nevada, and is scheduled to travel back to Florida on the date of the hearing. Counsel's return flight places counsel in transit aboard a commercial aircraft during the entirety of the hearing as currently set. Those travel arrangements predate the notice of hearing and cannot be rebooked without forfeiting nonrefundable arrangements. Counsel therefore is unable to appear at the hearing as scheduled.

3. Given the significance of the injunctive relief at issue, Plaintiff should not be required to present its motion for preliminary injunction without its lead trial counsel present to argue the motion and respond to the Court's questions. A brief continuance to a date convenient to the Court will permit counsel to appear and to address the merits fully.

4. This motion is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested continuance. Counsel is available on September 16-25.

**WHEREFORE**, Plaintiff respectfully requests that the Court continue the preliminary injunction hearing currently set for September 11, 2026 to September 18, 2026, or to such other date as the Court's calendar permits, and grant such further relief as the Court deems just and proper.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that no Defendant has appeared in this action, and that there is accordingly no opposing counsel with whom to confer regarding the relief requested herein.

Date: September 5, 2026

Respectfully Submitted,

/s/ Cole Carlson
Cole Carlson
LEAD TRIAL COUNSEL
Florida Bar No. 112863
CARLSON IP LAW, LLC
412 E Madison Street, Suite 821
Tampa, Florida 33602
Tel: (813) 445-5175
cole@carlsoniplaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will serve a copy on all parties via email.