**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-25411-JB**

NINGBO DIANAI PLASTIC CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.
______________________________________________/

**ORDER ON PLAINTIFF'S MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Continue Preliminary Injunction Hearing ("Motion"). ECF No. [26]. Plaintiff requests that the Court reset the current preliminary injunction hearing that is currently set for Friday, September 11, 2026, at 2:00 p.m. ECF Nos. [22], [26]. The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised. The Motion is **GRANTED**.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The TRO shall remain in effect for **seven additional days** and expire on Friday, **September 18, 2026**, or until such further dates as set by the Court or stipulated to by the parties.
2. The Zoom hearing set by this Court's Order Setting Preliminary Injunction Hearing, ECF No. [22], is hereby **RESET to Friday, September 18, 2026, at 4:00 p.m.** The hearing shall occur over Zoom at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. The ZoomGov

connection information is as follows: https://www.zoomgov.com; Meeting ID: 161 976 9803; Passcode: 032949; Dial by your location +1 833-568-8864.

**DONE AND ORDERED** in Chambers in Miami, Florida this 8th day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**