**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-25411-JB**

NINGBO DIANAI PLASTIC CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.
______________________________________________/

**ORDER CONTINUING PRELIMINARY INJUNCTION HEARING**

**THIS CAUSE** comes before the Court upon Defendants 3 and 6's Joint Unopposed Emergency Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction and Continuance of Preliminary Injunction Hearing. ECF No. [33]. In the Motion, Defendants request that the Sealed Temporary Restraining Order, dated August 28, 2026, ECF No. [19], be extended for an additional fourteen days.

For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendants' Motion, ECF No. [33], is **GRANTED in PART**.
2. The Sealed Temporary Restraining Order dated August 28, 2026, shall remain in effect for **seven additional days** and expire on Friday, **October 2, 2026**, or until such further dates as set by the Court or stipulated to by the parties.

3. The Zoom hearing set by this Court's Order Continuing Preliminary Injunction Hearing, ECF No. [29], is hereby **RESET to Thursday, October 1, 2026, at 4:00 p.m.** The hearing shall occur over Zoom at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. The ZoomGov connection information is as follows: https://www.zoomgov.com; Meeting ID: 161 976 9803; Passcode: 032949; Dial by your location +1 833-568-8864.

4. Any response or opposition to Plaintiff's Motion for Preliminary Injunction in ECF No. [21] must be filed and served on Plaintiff's counsel by no later than forty-eight hours prior to the preliminary injunction hearing set herein. Plaintiff shall file any reply memorandum on or before **twenty-four hours** prior to the preliminary injunction hearing set herein.

**DONE AND ORDERED** in Miami, Florida this 23rd day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**